# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MMG INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FLOOR ASSOCIATES, INC., | : | No. 15-4814 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **8th** day of **August, 2017**, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's response, and for the reasons provided in this Court's Memorandum dated August 8, 2017, it is **ORDERED** that:

1. The motion (Document No. 23) is **GRANTED**.

2. Judgment is entered in favor of Plaintiff and against Defendant.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**